UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-40867-BEM |
| HOLLY KATHERINE HAYGOOD, | : | CHAPTER 7 |
| DEBTOR. | : | |
| HOLLY KATHERINE HAYGOOD, | : | |
| MOVANT, | : | CONTESTED MATTER |
| V. | : | |
| EVERGREEN BANK GROUP, dba Freedom Road Financial, | : | |
| RESPONDENT. | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that a Motion to Avoid Lien on Exempt Property pursuant to 11 U.S.C. § 522(f) and related papers has been filed with the Court.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b), Respondent must file a response to the Motion within 21 days after service, and serve a copy of said Response upon Movant and counsel for Movant. If no response is timely filed and served, the Motion will be deemed unopposed and the Court may enter an order granting the requested relief.

Dated: September 8, 2022

HURTT & JOHNSON, LLC
Attorneys for Debtor

_____/s/_____
Michael D. Hurtt
GA Bar 380112
mike@hurttlaw.com

PO Box 1304
Dalton, GA 30722-1304
706.226.5425

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-40867-BEM |
| HOLLY KATHERINE HAYGOOD, | : | CHAPTER 7 |
| DEBTOR. | : | |
| | | |
| HOLLY KATHERINE HAYGOOD, | : | |
| MOVANT, | : | CONTESTED MATTER |
| V. | : | |
| EVERGREEN BANK GROUP, dba Freedom Road Financial, | : | |
| RESPONDENT. | : | |

**MOTION TO AVOID LIEN**

NOW COMES the debtor Holly Katherine Haygood ("Debtor") who files this Motion to Avoid Lien against Evergreen Bank Group ("Respondent"), and respectfully shows as follows:

1. Jurisdiction and venue are proper under 28 U.S.C. §§ 157, 1334, and 1409.

2. Debtor filed a voluntary petition for relief under chapter 7 of the bankruptcy code on July 25, 2022.

3. Respondent holds a judgment lien in the amount of $6,199.72 entered in case MC-31170 in the Magistrate Court of Chattooga County, Georgia and recorded as a *Writ of Fi. Fa.* on December 8, 2021 in book 74, page 344 in the Superior Court of Chattooga County, Georgia (the "Judgment Lien").

4.	All of Debtor's assets, or the otherwise unencumbered portion thereof, are fully claimed as exempt property under O.C.G.A. § 44-14-100.

5.	Pursuant to 11 U.S.C. § 522(f)(1)(A), debtors may avoid judicial liens to the extent the lien impairs an exemption.

6.	The Judgment Lien is avoidable in its entirety under § 522(f) because the entire amount of the Judgment Lien impairs Debtor's exemptions.

**WHEREFORE**, Movant respectfully requests that the court order that Respondent's Judgment Lien is avoided.

Dated: September 8, 2022                                        HURTT & JOHNSON, LLC
                                                                Attorneys for Debtor

                                                                /s/
PO Box 1304                                                     Michael D. Hurtt
Dalton, GA 30722-1304                                           GA Bar 380112
706.226.5425                                                    mike@hurttlaw.com

## CERTIFICATE OF SERVICE

I certify that I am over the age of eighteen and by this day, I have served the foregoing MOTION TO AVOID LIEN in this case, together with the NOTICE OF REQUIREMENT OF RESPONSE, via first class US mail, unless otherwise stated, with adequate postage to:

*Via Certified Mail*        Evergreen Bank Group
                            c/o Darin Campbell CEO
                            1515 W 22nd St Ste 100w
                            Oak Brook, IL 60523

Dated: September 8, 2022                                        HURTT & JOHNSON, LLC
                                                                Attorneys for Debtor

                                                                /s/
PO Box 1304                                                     Michael D. Hurtt
Dalton, GA 30722-1304                                           GA Bar 380112
706.226.5425                                                    mike@hurttlaw.com