

**IT IS ORDERED as set forth below:**

**Date: October 7, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: | |
| HOLLY KATHERINE HAYGOOD, | CASE NO. 22-40867-BEM |
| Debtor. | CHAPTER 7 |
| HOLLY KATHERINE HAYGOOD, | |
| Movant, | |
| v. | Contested Matter |
| EVERGREEN BANK GROUP, dba Freedom Road Financial, | |
| Respondent. | |

# **O R D E R**

Before the Court is a Motion to Avoid Lien filed by Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-1(b), NDGa. Since the creditor whose lien is sought to be avoided has failed to controvert timely the allegations, IT IS HEREBY ORDERED that the judicial

lien held by Respondent is avoided to the extent that such lien impairs an exemption to which Debtor(s) would have been entitled pursuant to 11 U.S.C. §522(b), subject to 11 U.S.C. §§349 and 522(c) in the event of a dismissal.

**END OF ORDER**

**Distribution List**

Holly Katherine Haygood
111 Hartline St
Summerville, GA 30747-5034

Michael D. Hurtt
Hurtt & Johnson, LLC
P O Box 1304
Dalton, GA 30722-1304

Tracey L. Montz
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3813

Evergreen Bank Group
c/o Darin Campbell CEO
1515 W 22nd St Ste 100w
Oak Brook, IL 60523